UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

TRISTEN BURRIS,

    Plaintiff,

v.

TRIDENT SEAFOODS CORPORATION,

    Defendant.
_____/

Case No.: 2:25-cv-01336

**COMPLAINT**

Now comes Plaintiff, Tristen Burris by and through counsel undersigned, O'Bryan Baun Karamanian, complaining against Defendant as follows:

1. Territorial jurisdiction and venue lie in this action, Defendant being at home in this district.

**COUNT I**

2. Federal Question jurisdiction (28 USC 1331) is founded under the Jones Act (46 USCA 30104), for negligence and under the general maritime law for unseaworthiness, maintenance and cure.

3. At all times material to issues herein Plaintiff served as a crewmember/employee of Defendant aboard its vessel(s) with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of the ship.

4. On or about August 29, 2022, while acting within the scope and coarse of his

COMPLAINT & JURY DEMAND - 1

-cv-employment aboard the F/V Pacific Ram, Plaintiff was ordered to board another of Defendant's vessels, the F/V Majesty to retrieve parts and materials for conducting maintenance and repairs aboard the F/V Pacific Ram, when because of the unseaworthiness of the vessel including, but not limited to contamination of the decking with oil, grease, and other slippery materials, lack of sufficient and competent non-skid material, Plaintiff was caused to slip, fall, and sustain severe and permanently disabling injuries to his left and right lower extremities as a result thereof, because of the failure of Defendant to exercise reasonable care, maintain a seaworthy vessel, and failure to provide a safe place to work.

## COUNT II

5. The foregoing allegations are hereby reasserted as though fully stated herein.

6. This count is alleged in the alternative.

7. Should Defendant claim Plaintiff to be a longshoreman, harbor worker, or ship repairman per 33 USC 901, et seq, insofar as he may have received LHWCA compensation benefits, this claim is asserted in the alternative.

8. Federal Question jurisdiction (28 USC 1331) exists *vis a vis* 33 USC 905(b) against Defendant in its capacity as vessel owner for the negligently created unsafe conditions, breach of turnover duty, negligent active involvement/control, and/or failure to intervene described in allegation 2 above.

9. Defendant breached its obligation to exercise reasonable care on Plaintiff's behalf by way of the unsafe conditions alleged aforesaid, on the vessel.

## DAMAGES

10. Defendant's wrongful acts aforesaid cause or contributed to Plaintiff's damages, *inter alia*, as follows:

COMPLAINT & JURY DEMAND - 2

a. Pain and suffering, past future.

b. Mortification, humiliation, fright shock and embarrassment.

c. Loss of earnings and earning capacity.

d. Hospital, pharmaceutical and other cure expenses.

e. Aggravation of prior condition, if any there be.

f. Inability to engage in social, recreational, and other pursuits previously enjoyed.

g. Mental anguish.

h. Found (under Count II in the alternative).

i. Maintenance, cure, and/or attorney fees (under Count II in the alternative).

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

O'Bryan Baun Karamanian

*/s/ Gary Wm. Baun*
Gary Wm. Baun
Attorney for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI 48009
248.258.6262, 248.258.6047 - fax
gbaun@obryanlaw.net

and

Davis Law Group, P.S.

*/s/ Christopher M. Davis*
Christopher M. Davis (WSBA23234)
Local counsel
2101 Fourth Ave, Ste. 1030
Seattle, WA 98121
206.727.4000, 206.727.4001 - fax
chris@injurytriallawyer.com

COMPLAINT & JURY DEMAND - 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

TRISTEN BURRIS,

    Plaintiff,

v.

TRIDENT SEAFOODS CORPORATION,

    Defendant.
_____/

Case No.:

**DEMAND FOR TRIAL BY JURY**

    **NOW COMES** Plaintiff, Tristen Burris, by and through counsel undersigned, O'Bryan Baun Karamanian, and hereby demands trial by jury in the above-referenced cause of action.

Respectfully submitted,

O'Bryan Baun Karamanian

*/s/ Gary Wm. Baun*
Gary Wm. Baun
Attorney for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI  48009
248.258.6262, 248.258.6047 - fax
gbaun@obryanlaw.net

and

Davis Law Group, P.S.

*/s/ Christopher M. Davis*
Christopher M. Davis (WSBA23234)
Local counsel
2101 Fourth Ave, Ste. 1030
Seattle, WA 98121
206.727.4000, 206.727.4001 - fax
chris@injurytriallawyer.com

COMPLAINT & JURY DEMAND - 4